AO 10
Rev. 1/2011

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial)<br><br>Melancon, Tucker L. | 2. Court or Organization<br><br>USDC for W District of LA | 3. Date of Report<br><br>7/19/2012 |
|---|---|---|
| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time)<br><br>Article III Judge - Senior Status | 5a. Report Type (check appropriate type)<br><br>☐ Nomination,    Date<br>☐ Initial    ☑ Annual    ☐ Final<br><br>5b. ☐   Amended Report | 6. Reporting Period<br><br>01/01/2011<br>to<br>12/31/2011 |
| 7. Chambers or Office Address<br><br>800 Lafayette Street<br>Suite 4700<br>Lafayette, LA 70501 | 8. On the basis of the information contained in this Report and any modifications pertaining thereto, it is, in my opinion, in compliance with applicable laws and regulations.<br><br>Reviewing Officer_____ Date_____ | |

***IMPORTANT NOTES:** The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Sign on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☑ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. | |
| 2. | |
| 3. | |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 7/19/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE | INCOME (yours, not spouse's) |
|---|---|---|
| 1. 2011 | New York Life Insurance Company - Annuity | $26,330.00 |
| 2. | | |
| 3. | | |
| 4. | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*
*(Dollar amount not required except for honoraria.)*

☐ NONE *(No reportable non-investment income.)*

| DATE | SOURCE AND TYPE |
|---|---|
| 1. 2011 | Self-employed/Sculptor |
| 2. | |
| 3. | |
| 4. | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*
*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☑ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | | | | | |
| 2. | | | | | |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 7/19/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 7/19/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)

☐ NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Common Stock Life Insurance Co of Alabama | A | Dividend | J | T | | | | | |
| 2. Working Interest - JR Rushing #1, DeSoto Parish, LA (Y) | | None | J | W | | | | | |
| 3. Working Interest - Ark-LA-Tex, DeSoto Parsih, LA | A | Distribution | J | W | | | | | |
| 4. Royalty Int - Silver Pines, DeSoto Parish, LA (Y) | | None | J | W | | | | | |
| 5. Royalty Int - Grisby Petroleum, DeSoto Parish, LA (Y) | | None | J | W | | | | | |
| 6. Royalty Int - Berry Petroleum, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 7. Royalty Int - Silver Oak, DeSoto Parish, LA | B | Royalty | J | W | | | | | |
| 8. Royalty Int - BSI Op LLC, DeSoto Parish, LA (Y) | | None | J | W | | | | | |
| 9. Royalty Int-Shell Western E&P,DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 10. Royalty Int-Encane O&G Inc, DeSoto Parish, LA | A | Royalty | J | W | | | | | |
| 11. Royalty Int-Sun Resources, DeSoto Parish, LA (Y) | | None | J | W | | | | | |
| 12. Royalty Int-Chesapeake Op Inc, DeSoto Parish, LA (X) | E | Royalty | J | W | | | | | |
| 13. Chase Acct IRA (TLM): | | | | | | | | | |
| 14. -JP Morgan Liquid Assest | D | Int./Div. | | | Merged (with line 17) | 03/07/11 | M | | Transferred to MSSB Acct |
| 15. -Cisco Systems | | None | | | Merged (with line 19) | 03/07/11 | J | | Transferred to MSSB Acct |
| 16. Morgan Stanley Smith Barney (MSSB) IRA (TLM): | | | | | | | | | |
| 17. -Money Market Acct | | | | | Buy | 03/07/11 | M | | From Chase IRA |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 7/19/2012 |

## VII. INVESTMENTS and TRUSTS — *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. continued | | | | | Merged (with line 22) | 11/07/11 | M | | Transferred to Ally Bk IRA |
| 19. -Cisco Systems | | | | | Buy | 03/07/11 | J | | From Chase IRA |
| 20. continued | | | | | Sold | 04/11/11 | J | A | Proceeds to MMAcct |
| 21. Ally Bank IRA (TLM) | | | | | | | | | |
| 22. -Hi Yield CD | | | | | Buy | 11/07/11 | M | | From MSSB IRA Acct |
| 23. Chase Retirement Acct [ ] : | | | | | | | | | |
| 24. -Transamerica Life Ins Annuity (IRA) | | None | L | T | | | | | |
| 25. Capital One Savings [ ] | A | Int./Div. | L | T | | | | | |
| 26. Ally Bank [ ] | A | Int./Div. | K | T | | | | | |
| 27. Chesapeake Op Inc-Lease Bonus, DeSoto Parish, LA (Y) | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| Melancon, Tucker L. | 7/19/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

#1:
Part I - Positions

Service on the Board of Directors of the National Coalition for Cancer Survivorship ended in December 2010. No positions or reimbursements (Part IV) to report for 2011.

#2:

Part VII - Investments and Trusts, Line 13-22
IRA investments in Chase Bank were transferred out in kind on 3/7/11 to a Morgan Stanley Smith Barney (MSSB) IRA account. The Cisco stock was sold and deposited into the MSSB IRA Money Market Account.
On 11/7/11 the MSSB IRA Account was transferred out to Ally Bank into a Hi Yield CD

#3

Part VII - Investments and Trusts, Line 5 - 13
The working interest on Line 2 and the royalty interest on lines 4, 5, 8, and 11 designated with a (Y) in column A represent those interests that still exist but do not have any reportable income for 2011

#4

Part VII - Investments and Trusts, Line 27
This investment income was a one time receipt of a lease bonus. There is no value placed on the lease bonus and no asset was purchased or acquired.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Tucker L. Melancon**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544